# PD-0054&0055&0056-15

Javier N. Campos
TDCJ No. 1854678
Stiles Unit
3060 FM 3514
Beaumont, TX. 77705

May 5, 2015

Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308
Austin, TX. 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 08 2015

Abel Acosta, Clerk

RE: Petition For Discretionary Review
    Cause Nos. PD-0054-15, PD-0055-15, & PD-0056-15

Dear Abel Acosta:

 I received notification that the above PDR causes were filed on April 22, 2015. I am concearned about the filing date, because the PDR was due in the Court on April 13, 2015. I mailed the PDR off through my unit's mail system on April 10, 2015, which would have went out in the mail Monday, April 13, 2015. I do not understand why you are only filing it April 22, 2015. I do not know if my unit's mailroom took too long to send it out or you have received it at an earlier date, but are just now able to file it on the 22nd. I am concearned that the Court will refuse it, because it was not filed on time. I have vaild claims that I wish the Court to review. I am in the process of trying to get a copy of my in/out legal mail log to see when my unit logged the PDR being received and mailed out. I submitted an I-60 to the Open Records Department, but it may take several weeks before I receive a copy of the record. I will mail it to you as soon as I receive it. Also, can you please let me know what the post date is on the envelope that the PDR was mailed in to you?
 Please let me know if the PDR was not timely filed or that you have received on time and that it will be submitted to the Court for consideration. Also, please let me know if there is anything that I need to do. Thank you for your time and help in this matter. I look forward to hearing from you soon.

Sincerely,

Javier N. Campos-Petitioner
Pro Se Representation

FILED IN
COURT OF CRIMINAL APPEALS

MAY 11 2015

Abel Acosta, Clerk

CC:
 Campos file

Javier Campos #1854678
3060 Fm. 3514/Stiles Unit
Beaumont, Tx. 77705

CORRECTIONAL INSTITUTIONS DIVISION TX 77
THIS ITEM WAS MAILED FROM

Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308
Austin, Tx 78711